UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20893-CR-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSE IGNACIO LOPEZ,

       Defendant.
_____ /

POWER TRADING INTERNATIONAL, INC.,

       Third Party Petitioner.
_____ /

## REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on third party petitioner Power Trading International, Inc.'s Petition for Hearing on Forfeiture (DE # 624, 10/19/06). This matter was referred to United States Magistrate Judge John J. O'Sullivan by the Honorable Donald L. Graham, United States District Court Judge for the Southern District of Florida, pursuant to 28 U.S.C. § 636(b). (DE# 632, 11/3/06).

Having reviewed the Notice of Consent to Forfeiture by Power Trading International, Inc. (DE #690, 1/5/07) filed by the government, the undersigned RESPECTFULLY RECOMMENDS that Power Trading International, Inc.'s Petition for

Hearing on Forfeiture (DE # 624, 10/19/06) be **DENIED as moot**. The parties have ten (10) days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Donald Graham, United States District Court Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. See LoConte v. Dugger, 847 F. 2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

      DONE and ORDERED in Chambers at Miami, Florida, this **9th** day of January, 2007.

                                                    _____
                                                    JOHN J. O'SULLIVAN
                                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Graham
All Counsel of Record